IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED KATTAN, | No. 2:13-CV-0624-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| MARION SPEARMAN, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks leave to proceed in forma pauperis. Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor. The request will be granted.

      In addition, petitioner seeks to have the court replace a page of his petition with one submitted with his in forma pauperis application. This is not the proper way to amend a petition. If petitioner wishes to amend his petition, he must submit a complete amended petition. If petitioner believes the additional case citation is essential to his petition, he may file a complete amended petition within 30 days of the date of this order. If no amended petition is filed within that time, the court will issue a service order requiring a response to the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motions for leave to proceed in forma pauperis (Docs. 9, 10) are granted; and

2. Petitioner may file an amended petition within 30 days of the date of this order.

DATED: January 8, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE